# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1888 Century Park East, Suite 1500, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST AND/OR STATEMENTS [LBR 1007-1(c)], AMENDED SCHEDULES A/B, C, D, E/F, G, I and J, AMENDED STATEMENT OF FINANCIAL AFFAIRS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 16, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 16, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 16, 2024 | Turner N. Falk | */s/ Turner N. Falk* |
|---|---|---|
| Date | Printed Name | Signature |

52308020.1

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Tanya Behnam on behalf of Creditor Korth Direct Mortgage Inc.
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Michael G Fletcher on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
mfletcher@frandzel.com, sking@frandzel.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Bruce D Poltrock on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
bpoltrock@frandzel.com, achase@frandzel.com

Zev Shechtman on behalf of Debtors Alan Gomperts, Daniel Halevy, Susan Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Turner N. Falk on behalf of Debtors Alan Gomperts, Daniel Halevy, Susan Halevy
turner.falk@saul.com

Derrick Talerico on behalf of Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC
dtalerico@wztslaw.com, maraki@wztslaw.com, sfritz@wztslaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Gerrick Warrington on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
gwarrington@frandzel.com, achase@frandzel.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Todd S Garan on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com, tgaran@aldridgepite.com

Jacqueline L James for Creditor Harvest Small Business Finance, LLC
jjames@hrhlaw.com


**2. SERVED BY U.S. MAIL**

Balboa Capital Corporation
575 Anton Blvd 12th Floor
Costa Mesa Ca 92626-7685

Commune Events, Inc.
c/o Daniel Halevy
8561 Horner Street
Los Angeles CA 90035

Arianna Messbani
140 S. Roxbury Drive, Unit 5
Beverly Hills, CA 90212

52308020.1

-3-

Audrey Fratz
140 S. Roxbury Drive, Unit 17
Beverly Hills, CA 90212

Chase Bank
Court Orders & Levies
Mail Code LA4-7200
700 Kansas Lane
Monroe, LA 71203

Greg Morgan
140 S. Roxbury Drive, Unit 4
Beverly Hills, CA 90212

Heather Regan
140 S. Roxbury Drive, Unit 8
Beverly Hills, CA 90212

Jennifer Riddle
140 S. Roxbury Drive, Unit 11
Beverly Hills, CA 90212

Karen Egozi
140 S. Roxbury Drive, Unit 10
Beverly Hills, CA 90212

Kateryna Bien Aime
140 S. Roxbury Drive, Unit 6
Beverly Hills, CA 90212

Michael Giorgio
140 S. Roxbury Drive, Unit 9
Beverly Hills, CA 90212

Mona Forde
140 S. Roxbury Drive, Unit 2
Beverly Hills, CA 90212

Patro Kashani
140 S. Roxbury Drive, Unit 14
Beverly Hills, CA 90212

Perla Segla
133 S. Palm Drive #4
Beverly Hills, CA 90212

Saatsaz Sahel
140 S. Roxbury Drive, Unit 15
Beverly Hills, CA 90212

Satinder Chhokar
140 S. Roxbury Drive, Unit 12
Beverly Hills, CA 90212

Stephanie Dang
140 S. Roxbury Drive, Unit 1
Beverly Hills, CA 90212

Teresita Gomez
140 S. Roxbury Drive, Unit 3
Beverly Hills, CA 90212

Theodora Wade
140 S. Roxbury Drive, Unit 7
Beverly Hills, CA 90212

Vesna Pantelic
140 S. Roxbury Drive, Unit 16
Beverly Hills, CA 90212

**3. SERVED BY E-MAIL**

-4-

52308020.1